## EL PUEBLO *v.* SATIRICHI.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 13. Resuelto en Mayo 31, 1905.

JUICIO.—SUSPENSIÓN DEL MISMO.—La circunstancia de que un acusado que haya sido citado para un juicio por jurado, hubiere sido juzgado por un Tribunal de derecho, por ser aquel juicio improcedente, no puede estimarse lesiva de los derechos del acusado, si apareciere que éste tuvo tiempo bastante para preparar su defensa, y en su virtud, no es motivo para decretar la suspensión del juicio.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Hernández López.*

Abogado del apelado: *Sr. Rossy,* Fiscal.

EL JUEZ ASOCIADO SR. WOLF, emitió la siguiente opinión del Tribunal.

El presente es un recurso de apelación interpuesto por Leandro Satirichi contra sentencia del Tribunal de Distrito de Ponce en causa por el delito menos grave de libelo infamatorio.

Con fecha 4 de Marzo de 1904, el Fiscal del referido Distrito formuló acusación que firmó y juró contra Leandro Satirichi por el delito menos grave de libelo infamatorio, concebida en los términos siguientes:

"En la Ciudad de Ponce, Distrito Judicial del mismo nombre, Leandro Satirichi publicó en fecha Diciembre 12 de 1903 en las columnas del "Aguila de Puerto Rico" y con el pseudónimo "Sertorio" un artículo titulado "El que á hierro mata á hierro muere" en el que voluntaria y maliciosamente se vierten frases y conceptos injuriosos tendentes á impugnar la honradez, integridad y buena fama de Mr. S. W. Eckman y Don José Ortega Nevárez exponiéndolos así al odio y desprecio público. Este hecho es contrario á la ley para tal caso prevista y á la paz y dignidad de "El Pueblo de Puerto Rico".

Satirichi negó la acusación y presentó escrito al Tribunal manifestando el deseo de ser juzgado por un Jurado, y la Corte de Ponce en 23 de Marzo citado suspendió la vista pública de la causa señalada para el siguiente día, y ordenó se tuviera en cuenta la manifestación del acusado al tiempo de señalar las causas que habían de ser vistas por Jurado.

En 15 de Mayo del propio año se constituyó el Tribunal para la vista de la causa, y el Letrado defensor del acusado solicitó que se suspendiera el acto hasta nuevo señalamiento, para dar tiempo al acusado de preparar su prueba, puesto que la citación que se le hizo fué para ser juzgado por un jurado y no por el Tribunal de derecho. El Fiscal se opuso á la pretensión de la defensa, y el Tribunal desestimó la pretensión del Letrado, el cual hizo constar su excepción por no haberse accedido á la suspensión solicitada y por no haberse tomado tampoco en considera-

ción el que el acusado fué citado para este acto tres ó cuatro horas antes, no pudiendo por tal motivo preparar sus medios de defensa.

Terminado el juicio, la Corte de Distrito de Ponce, en diez y siete de Junio dictó contra Satirichi veredicto de culpabilidad, y en la misma fecha se dictó sentencia condenando al acusado á la pena de cuatro meses de cárcel y pago de costas.

Contra esa sentencia interpuso Satirichi recurso de apelación, que le fué admitido, y fueron elevadas las copias correspondientes á esta Corte Suprema; ante la cual tuvo lugar la vista del recurso con fecha diez y seis de Mayo del presente año.

De las respuestas dadas á las preguntas del Juez Presidente de la Corte de Distrito de Ponce durante el juicio de esta causa, aparece que el acusado tuvo tiempo bastante para preparar su defensa; por lo demás, en el presente caso debe seguirse la opinión sustentada en el de "El Pueblo de Puerto Rico" contra Luis Felipe Dessús", originario de la misma Corte y por el mismo delito. Así, pues, por las razones consignadas en aquél dictámen y por las que aquí se establecen, somos de opinión que la sentencia apelada debe confirmarse con las costas á cargo de Leandro Satirichi.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Hernández, Figueras y MacLeary.